UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHARLES EMERY SEDIGAS,<br>Plaintiff,<br><br>v.<br><br>STATE OF TEXAS,<br>Defendant. | 6:24-cv-00146 |

**ORDER**

Before the Court is the report and recommendation of the United States Magistrate Judge. Dkt. No. 14. The report and recommendation explains Plaintiff's failure to comply with the Court's order to complete and return the summonses and marshal forms and failure to show cause in response to another show cause order. The report recommends dismissing this case without prejudice. The report and recommendation was issued on September 24, 2024. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed the magistrate's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 14) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. Final judgement will issue separately.

So ordered on October 15, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE